IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN KIDERLEN, | : |
| Petitioner | : |
| v. | : CIVIL NO. 3:CV-14-1684 |
| | : (Judge Caputo) |
| FEDERAL BUREAU OF PRISONS, | : |
| Respondent | : |

ORDER

AND NOW, this 30th day of OCTOBER, 2014, in accordance with the accompanying Memorandum, it is ORDERED that:

1. Mr. Kiderlen's Petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) is DENIED.

2. The Clerk of Court shall CLOSE this case.

*/s/ A. Richard Caputo*
A. RICHARD CAPUTO
United States District Judge